# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2483
Lower Tribunal No. 2018-CA-002535-O

_____

THOMAS P. SCHMITT and FLORIDA PERSONAL INJURY LAW TEAM, LLC,

Appellants,

v.

FLORIDA INJURY LAW FIRM, P.A.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
John E. Jordan, Judge.

June 5, 2026

PER CURIAM.

As to Appellants' challenge to the order denying their motion for attorney's fees rendered after Appellants filed their notice of appeal, we dismiss this appeal. *See* Fla. R. App. P. 9.110(h) ("[T]he court may review any ruling or matter occurring before filing of the notice."); *see also, e.g.*, *Santos v. HSBC Bank USA, Nat'l Ass'n as Tr. for Holders of the GSAA Home Equity Tr. 2005-07*, 258 So. 3d 535, 537 (Fla. 3d DCA 2018) ("Pursuant to this rule, Florida appellate courts deny review of

judicial acts occurring after the filing of a notice of appeal.").  Otherwise, we affirm in all respects without further discussion.

AFFIRMED in part; DISMISSED in part.

NARDELLA, WHITE and BROWNLEE, JJ., concur.


Chad A. Barr and Dalton L. Gray, of Chad Barr Law, Altamonte Springs, for Appellants.

Roy D. Wasson, of Wasson & Associates, Chartered, Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED